IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DENEICE HODGES                                                                                      PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:14-CV-229-SA-SAA

HIBBETT SPORTING GOODS, INC.                                                      DEFENDANT

AGREED ORDER OF DISMISSAL

This cause came before the Court for hearing on motion, *ore tenus*, of Plaintiff Deneice Hodges and Defendant Hibbett Sporting Goods, Inc. for the entry of an order of dismissal with prejudice, with each party to bear its own costs. Having considered said motion and being advised by the parties that the cause has been compromised and settled, that Plaintiff has executed a release of all claims, and that there remain no issues to be disposed of by the Court:

It is therefore ORDERED that this action be dismissed with prejudice, with each party to bear its own costs. CASE CLOSED.

**SO ORDERED, this the 10th day of December, 2015.**

                                                                            /s/   Sharion Aycock
                                                  **UNITED STATES DISTRICT COURT JUDGE**

AGREED:

  s/ Joel Dillard
ATTORNEY FOR PLAINTIFF DENEICE HODGES

   s/ Mary Clay W. Morgan
ATTORNEY FOR DEFENDANT HIBBETT SPORTING GOODS, INC.